EDWARD R. BUELL III (State Bar No. 240494)
FRANK H. KIM (State Bar No. 264609)
fhk@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
Wells Fargo Bank, NA, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNLY R. BECKER,<br><br>            Plaintiff,<br><br>    vs.<br><br>WELLS FARGO BANK, N.A., INC.;<br>DOES 1-20,<br><br>            Defendants. | Case No.: 2:12CV 00501-KJM-CKD PS<br><br>**ORDER GRANTING WELLS FARGO BANK, N.A.'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Judge:          Hon. Kimberly J. Mueller<br><br>Complaint Date: February 27, 2012 |

For good cause shown, Wells Fargo Bank, N.A.'s *ex parte* application for extension of time to respond to plaintiff's complaint, filed February 27, 2012, is hereby APPROVED. Defendant Wells Fargo Bank, N.A.'s deadline is extended to April 27, 2012.

IT IS SO ORDERED.


DATED: 03/19/12

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
United States Magistrate Judge

55000/0191/2160925.1

ORDER GRANTING *EX PARTE* APPLICATION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT
Case No.: 2:12CV 00501-KJM-CKD