IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNLY BECKER,

      Plaintiff,                         No. CIV S-12-501 KJM CKD PS

      vs.

WELLS FARGO BANK, N.A., INC.,      ORDER

      Defendant.

_____/

      Pending before the court is plaintiff's motion for an order to show cause why defendant should not be held in contempt for violation of a court order. Plaintiff contends defendant should be held in contempt because defendant failed to file an answer after being granted an extension of time by the court. See dkt. no. 19. While plaintiff is correct that defendant's responsive pleading was due by April 27, 2012 under the court's order, holding defendant in contempt appears unwarranted in light of the other avenues available to plaintiff, such as seeking entry of default.

\\\\\

\\\\\

\\\\\

\\\\\

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing date of July 18, 2012 on plaintiff's motion for order to show cause is vacated; and

2. Plaintiff's motion (dkt. no. 32) is denied.

Dated: May 22, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
becker.osc