IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNLY BECKER,

    Plaintiff,                      No. 2:12-cv-0501 KJM CKD PS

    vs.

WELLS FARGO BANK, N.A., INC.,    ORDER

    Defendant.

_____/

    Plaintiff has withdrawn the motion for preliminary injunction. Accordingly, IT IS HEREBY ORDERED that the May 4, 2012 findings and recommendations (dkt. no. 28) are vacated.

Dated: June 5, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
becker.vac