IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNLY BECKER,

    Plaintiff,                        No. 2:12-cv-501 KJM CKD PS

    vs.

WELLS FARGO BANK, N.A., INC.,      ORDER

    Defendant.

_____/

        By order filed April 1, 2013, defendant's motion to dismiss was granted. Plaintiff was granted leave to amend three claims, if amendment could be made in compliance with Federal Rule of Civil Procedure 11.

        Accordingly, IT IS HEREBY ORDERED that the amended complaint, if any, shall be filed no later than April 30, 2013.

Dated: April 3, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
becker.lta