IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNLY BECKER,

    Plaintiff,                    No. 2:12-cv-0501 KJM CKD PS

    vs.

WELLS FARGO BANK, N.A., INC.,    <u>ORDER</u>

    Defendant.

_____/

    Plaintiff has filed a motion for disqualification of the undersigned. Upon review of the provisions of 28 U.S.C. § 455 and the court file of these proceedings, the undersigned finds recusal is not warranted.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for disqualification (ECF No.72) is denied.

Dated: April 18, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 becker.rec.dec

1