UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNLY R. BECKER, | Civ. No.  S 12-cv-501 KJM CKD |
| Plaintiff, | |
| v. | ORDER |
| WELLS FARGO BANK, N.A., INC., | |
| Defendant. | |

Plaintiff-Appellant Dennly R. Becker has filed a motion to settle the record on appeal. Defendant-Appellee Wells Fargo Bank has opposed the motion and Becker has filed a reply. The court ordered the motion submitted on the papers and now DENIES it.

Under Rule 10(e) of the Federal Rules of Appellate Procedure, "[i]f any difference arises about whether the record truly discloses what occurred in the district court, the difference must be submitted to and settled by that court and the record conformed accordingly." Plaintiff asks for an order "clarifying" that defendant's motion to dismiss, ECF No. 87, and its accompanying request for judicial notice, ECF No. 88, were not before this court before the order docketed on August 16, 2013, ECF No. 89, was signed. However, there is no difference about what the record discloses:  the docket reflects that the motion to dismiss was filed at 1:12 a.m. Pacific Daylight Time on August 16, and the request for judicial notice at 1:15 a.m. while the order, signed on August 15, 2013 was docketed the morning of August 16 at 10:29 Pacific

1

Daylight Time.  As there is no difference about what occurred, the motion is denied.  *See Mayhew v. West-Watt*, Civil Action No. 09-cv-02684 PAB CBS, 2012 WL 1672888, at *2 (D. Colo. May 11, 2012); *see also United States v. Robinson*, No. 3:00-CR-129, 2008 WL 4763319 (E.D. Tenn. Oct. 28, 2008) (denying a motion when the motion questioned the court's interpretation of a verdict).

To the extent plaintiff challenges the composition of the record on appeal, that challenge is properly presented to the Court of Appeals.  *See* FED. R. APP. P. 10(e)(3) ("All other questions as to the form and content of the record must be presented to the court of appeals.").

IT IS THEREFORE ORDERED that the motion to settle the record, ECF No. 96, is denied.

Dated:  November 13, 2013.

_____
UNITED STATES DISTRICT JUDGE