1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DENNLY R. BECKER,                              Civ. No.  S 12-cv-501 KJM CKD

12                   Plaintiff,

13         v.                                        ORDER

14    WELLS FARGO BANK, N.A., INC.,

15                   Defendant.

16

17            Plaintiff-Appellant Dennly R. Becker has filed a motion to settle the record on

18    appeal.  Defendant-Appellee Wells Fargo Bank has opposed the motion and Becker has filed a

19    reply.   The court ordered the motion submitted on the papers and now DENIES it.

20            Under Rule 10(e) of the Federal Rules of Appellate Procedure, "[i]f any difference

21    arises about whether the record truly discloses what occurred in the district court, the difference

22    must be submitted to and settled by that court and the record conformed accordingly."  Plaintiff

23    asks for an order "clarifying" that defendant's motion to dismiss, ECF No. 87, and its

24    accompanying request for judicial notice, ECF No. 88, were not before this court before the order

25    docketed on August 16, 2013, ECF No. 89, was signed.  However, there is no difference about

26    what the record discloses:  the docket reflects that the motion to dismiss was filed at 1:12 a.m.

27    Pacific Daylight Time on August 16, and the request for judicial notice at 1:15 a.m. while the

28    order, signed on August 15, 2013 was docketed the morning of August 16 at 10:29 Pacific

1

1    Daylight Time.  As there is no difference about what occurred, the motion is denied.  *See Mayhew*

2    *v. West-Watt*, Civil Action No. 09-cv-02684 PAB CBS, 2012 WL 1672888, at *2 (D. Colo. May

3    11, 2012); *see also United States v. Robinson*, No. 3:00-CR-129, 2008 WL 4763319 (E.D. Tenn.

4    Oct. 28, 2008) (denying a motion when the motion questioned the court's interpretation of a

5    verdict).

6              To the extent plaintiff challenges the composition of the record on appeal, that

7    challenge is properly presented to the Court of Appeals.  *See* FED. R. APP. P. 10(e)(3) ("All other

8    questions as to the form and content of the record must be presented to the court of appeals.").

9              IT IS THEREFORE ORDERED that the motion to settle the record, ECF No. 96,

10   is denied.

11   Dated:  November 13, 2013.

12

13   _____
     UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28