UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNLY R. BECKER,<br><br>            Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., Inc.,<br><br>            Defendant. | No.  2:12-cv-00501-KJM-CKD<br><br>ORDER |

        Plaintiff Dennly Becker moves for a temporary restraining order enjoining a foreclosure sale of real property in Manteca, California. ECF No. 102. A sale is currently set for August 29, 2016. *See* Req. J. Notice Ex. 8, at 1, ECF No. 102-1.[1]

        The court entered judgment in this case in 2013 after adopting the magistrate judge's findings and recommendations. *See* Order, Aug. 16, 2013, ECF No. 89; Judgment, ECF No. 90. Mr. Becker's federal-law claims were dismissed, and the court found that he and the only defendant, Wells Fargo Bank, N.A., were not diverse. *See id.* (adopting Findings &

---

[1] The court grants the request for judicial notice of this document, a publicly recorded notice of trustee's sale. *See* Fed. R. Evid. 201; *Grant v. Aurora Loan Servs., Inc.*, 736 F. Supp. 2d 1257, 1263–64 (C.D. Cal. 2010) (collecting authority on judicial notice of publicly recorded documents).

1

Recommendations, ECF No. 82). The court did not exercise supplemental jurisdiction over his state claims. *Id.* Mr. Becker appealed, and his appeal is pending. *See* Not. of Appeal, ECF No. 92; *Becker v. Wells Fargo Bank N.A.*, No. 13-16772 (9th Cir. filed Aug. 29, 2013).

"The filing of a notice of appeal . . . divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56 (1982). The question of this court's diversity and supplemental jurisdiction is before the Court of Appeals. This is true regardless of shifting precedent. *Cf.* Mot. TRO 1 (citing *Rouse v. Wachovia Mortg., FSB*, 747 F.3d 707 (9th Cir. 2014)). The motion is **denied**.

IT IS SO ORDERED

DATED: August 16, 2016

UNITED STATES DISTRICT JUDGE

2